PAUL SPECK, ALIAS CLAUDE ABLES, v. THE STATE.

No. 8733. Decided May 28, 1924.

**False Swearing—Sufficiency of the Evidence.**

In the absence of statement of facts and bill of exceptions, the indictment being sufficient and the charge of the court in conformity with the law the judgment below is affirmed.

Appeal from the District Court of Jones. Tried below before the Honorable W. R. Chapman.

Appeal from a conviction of false swearing; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard*, Attorney for the State, and *Grover C. Morris*, Assistant Attorney for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Jones County of false swearing, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exceptions. The indictment charged that appellant swore falsely in an affidavit to obtain a marriage license and seems to sufficiently present an offense. The charge of the court is in conformity with the law and no facts appearing we have no option but to order an affirmance.

*Affirmed.*